1066

No. 86–875. ARTHUR ANDERSEN & CO. v. MANUFACTURERS HANOVER TRUST CO. C. A. 2d Cir. Certiorari denied.

No. 86–889. HOWE v. UNITED STATES ET AL. C. A. 1st Cir. Certiorari denied.

No. 86–915. LEAR v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–917. C. F. BEAN CORP. v. DRAGADOS, S. A., ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–918. CITY AND COUNTY OF SAN FRANCISCO ET AL. v. CHRISTIAN SCIENCE READING ROOM JOINTLY MAINTAINED ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–920. DAKMAK, TRUSTEE FOR BOSTICK FOUNDRY CO. v. LINDBERG, A DIVISION OF SOLA BASIC INDUSTRIES, INC. C. A. 6th Cir. Certiorari denied.

No. 86–927. WILKS ET AL. v. MOUTON ET AL. Sup. Ct. Cal. Certiorari denied.

No. 86–930. ILLINOIS v. EALY. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–933. DALE v. CHICAGO TRIBUNE CO. C. A. 7th Cir. Certiorari denied.

No. 86–951. PERL v. WERNZ, DIRECTOR OF LAWYERS PROFESSIONAL RESPONSIBILITY, ET AL. Sup. Ct. Minn. Certiorari denied.

No. 86–955. STEAG HANDEL GMBH v. HAWLEY FUEL COALMART, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–983. WEYTKOW v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–1029. MCNUTT v. ARIZONA. Ct. App. Ariz. Certiorari denied.